

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00384-CR

The **STATE** of Texas,
Appellant

v.

Desiree Renee **GOMEZ**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 542323
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting appellee's motion to suppress is REVERSED. This case is REMANDED for further proceedings.

SIGNED March 13, 2019.

Luz Elena D. Chapa, Justice